# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | §  CASE NUMBER: 4:19CR133 |
| KACI BRIANNE STEPHENS | § |
| | § |

### ORDER GRANTING MOTION FOR RELEASE PENDING SENTENCING

On this day came before the Court, Defendant Kaci Brianne Stephens' Unopposed Motion for Release Pending Sentence (Dkt. #66).  The Court, after due consideration of the Motion, and finding that the Government is unopposed, finds that the motion should be **GRANTED**.  Accordingly,

It is therefore, ORDERED, that Defendant Kaci Brianne Stephens shall be released from custody pending sentencing in this case.  It is further

ORDERED, that the United States Magistrate Judge shall have Defendant Kaci Brianne Stephen execute a PR bond and shall have executed and filed applicable conditions of release.

**IT IS SO ORDERED.**

SIGNED this 15th day of March, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE