IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:19-CR-00133 |
| KACI BRIANNE STEPHENS | § | |

**PRELIMINARY ORDER OF FORFEITURE**

The defendant, **Kaci Brianne Stephens**, entered into a plea agreement with the United States in which the defendant agreed to forfeit to the United States the sum of $241,521.38, representing the proceeds of the offenses to which the defendant has pled guilty, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

The United States has filed a Motion for Preliminary Order of Forfeiture which would consist of a money judgment against the defendant in the amount of $241,521.38.

Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The defendant, **Kaci Brianne Stephens**, shall forfeit to the United States the sum of $241,521.38, which shall be a money judgment representing the proceeds of the offense to which the defendant has pled guilty, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

2. This order shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment, pursuant to Fed. R.

Crim. P. 32.2(b)(4).

3.    The United States may, at any time, move to amend this order of forfeiture to include substitute property having a value not to exceed $241,521.38 to satisfy the money judgment in whole or in part.

4.    Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary, pursuant to Fed. R. Crim. P. 32.2(c)(1).

5.    The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.